UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HAROLD B. MURPHY,<br>CHAPTER 11 TRUSTEE OF<br>NEW ENGLAND CONFECTIONERY<br>COMPANY, INC.,<br>               Plaintiff,<br><br>v.<br><br>ACAS, LLC,<br>ARES CAPITAL CORPORATION,<br>ARES MANAGEMENT LLC,<br>ARES MANAGEMENT L.P.,<br>ARES CAPITAL MANAGEMENT LLC,<br>MICHAEL MCGEE, MYUNG YI,<br>ANUJ KHANNA, GORDON O'BRIEN,<br>STEPHEN CHEHI, DANIEL KATZ,<br>DOUGLAS WEEKES, AND DAVID EATON,<br><br>               Defendants. | CIVIL ACTION<br>NO. 18-11884-WGY |

YOUNG, D.J.                                         January 16, 2019

**ORDER**

After filing a motion to refer this case to the United States Bankruptcy Court for the District of Massachusetts under Local Rule 201, ECF No. 20, the Defendants flip-flopped and now request this Court to withdraw the reference of the related adversary complaint pending in the Bankruptcy Court per 28 U.S.C. § 157(d), ECF Nos. 54, 55. Their about-face comes too late, however, as the Court wished to know at the January 8, 2019 status conference the parties' position on the correct

forum, Tr. 12:13-30, 20:17-25, 21:3-13, ECF No. 52, and the Bankruptcy Court has already heard the Defendants' motion to dismiss the adversary complaint, Proceeding Mem. 1, <u>Murphy v. ACAS, LLC (In re New England Confectionery Co.)</u>, Ch. 11 Case No. 18-11217, Adv. No. 18-1140, ECF No. 36.

Consequently, the Court GRANTS the motion to refer the case to the Bankruptcy Court, ECF No. 20, and ORDERS the case administratively closed.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE